## C. E. Pratt, trading as Logan Square Automobile Station, Appellee, v. Indian River Garden Corporation, Appellant.

### Gen. No. 24,202.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES DONAHOE, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action by C. E. Pratt, trading as Logan Square Automobile Station, plaintiff, against Indian River Garden Corporation, defendant. From a judgment for $150.76 in favor of plaintiff, defendant appeals.

PAUL F. COMPART, for appellant.

JOHN A. BLOOMINGSTON, for appellee.

MR. PRESIDING JUSTICE DEVER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 1744*—*when judgment affirmed.* Even though defendant perfected an appeal from an order overruling a motion to vacate the judgment, if there is a failure to preserve, by a bill of exceptions, the affidavit in support of the motion, there is nothing to review and the judgment will be affirmed.